— **EXHIBIT  B** —

1 of 3

U.S. Department of Justice
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PJTCCO00811265
ALBERT S WADDINGTON



**U.S. Department of Justice**

Executive Office for United States Attorneys

April 8, 2024

Notice of Breach

Dear ALBERT WADDINGTON,

The Department of Justice (DOJ) is writing to notify you of a data security incident involving your personal information related to services provided by DOJ's contractor, Greylock, McKinnon and Associates (GMA). GMA provides litigation support services in civil litigation matters.

Your information was obtained by DOJ as part of a civil investigation and related litigation matter and we provided that information to GMA in support of that matter. Rest assured you are not the subject of the civil investigation or related litigation matter. On May 30, 2023, GMA discovered that they were the target of a ransomware attack that resulted in the exposure and exfiltration of several files in the contractor's possession. No DOJ systems were impacted.

We are sending you this letter so you can understand more about this incident, how we are addressing it, and additional steps you can take to further protect your privacy. We are providing information with this notice on free credit monitoring services. This does not impact your current Medicare benefits or coverage. Please see below for additional information.

**What Happened?**

On May 30, 2023, GMA discovered that they were the victim of a ransomware attack affecting several of their systems. After taking immediate steps to contain the incident, GMA's initial investigation determined that the group behind the ransomware attack obtained copies of files from the contractor's systems. After notifying DOJ and the FBI, the contractor retained a third-party security services provider to conduct a forensic analysis and to analyze the files to determine which data had been affected. As part of that analysis, it was determined that those files contained some of your personal information.

**What Information Was Involved?**

Your personal and Medicare information was likely impacted in this incident. This information may have included:

- Name
- Social Security Number or Individual Taxpayer Identification Number
- Date of Birth
- Mailing Address
- Telephone Number
- Medicare Beneficiary Identifier (MBI) or Health Insurance Claim Number (HICN)
- Driver's License Number and State Identification Number
- Healthcare Provider and Prescription Information
- Health Insurance Claims and Policy/Subscriber Information

- Health Benefits and Enrollment Information
- In some cases, Medical History/Notes (including medical record/account numbers, conditions, diagnoses, dates of service, images, treatments, etc.).

**What Are We Doing?**

GMA consulted with third-party cybersecurity specialists to assist with their response to and remediation of the incident and notified law enforcement of the incident. GMA deleted DOJ data from its systems after the incident.

DOJ is committed to protecting the personal information we collect and maintain. And, while this ransomware attack did not involve a DOJ system, we have also taken the appropriate steps to ensure the protection of your information and identity, including the offer of free credit monitoring through Sontiq.

**What Can You Do?**

1. Enroll in Sontiq, Inc. Data Breach and Identity Protection Services

DOJ is offering a complimentary 12 months of credit monitoring from Sontiq at no cost to you. Please see the enclosed information for details on how to enroll. You will also need to reference the enrollment code below when enrolling online, so please **do not** discard this letter.

2. Obtain a Free Credit Report

Under federal law, you are entitled to one free credit report every 12 months from each of the three major nationwide credit reporting companies listed above. Call 1-877-322-8228 or request your free credit reports online at www.annualcreditreport.com. At the same time, you may also wish to place a credit freeze or a fraud alert on your credit report. A credit freeze lets you restrict access to your credit report, which in turn makes it more difficult for identity thieves to open new accounts in your name. A fraud alert advises creditors to contact you before opening any new accounts. There is no charge for you to do this.

By calling or writing any one of the three credit reporting companies, you will be able to place a credit freeze or fraud alerts with all of the credit reporting companies. You will then receive letters from each of them with instructions on how to obtain a copy of your credit reports from each of the companies at no cost if you have not done so already. Sample written notifications are provided for you, attached to this correspondence. Also provided for you are the relevant sections of the Fair Credit Reporting Act. You may want to reference the appropriate Sections of the Act in your correspondence to the credit reporting company.

When you receive your credit reports, review them for problems. Identify any accounts you didn't open or inquiries from creditors that you did not authorize. Verify all information is correct. If you have questions or notice incorrect information, contact the credit reporting company. Even if you don't find any suspicious activity on your initial credit reports, the Federal Trade Commission (FTC) recommends that you still check your credit reports periodically. Checking your credit report periodically can help you spot problems and address them quickly.

ALBERT S WADDINGTON

3 of 3

If you find suspicious activity on your credit reports or have reason to believe your information is being misused, call your local law enforcement agency and file a police report. Be sure to obtain a copy of the police report, as many creditors will want the information it contains to absolve you of the fraudulent debts. You may also file a complaint with the FTC by contacting them on the web at www.ftc.gov/idtheft, by phone at 1-877-IDTHEFT (1-877-438-4338), or by mail at Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580. Your complaint will be added to the FTC's Identity Theft Data Clearinghouse, where it will be accessible to law enforcement for their investigations. In addition, you may obtain information from the FTC about fraud alerts and security freezes.

In addition, we recommend that you complete a Federal Trade Commission ID Threat Affidavit. This affidavit can be found at https://www.identitytheft.gov/. This will allow you to notify your creditors that personally identifying information relating to your identity may have been compromised. Depending on the specific circumstances, any debt related to identify theft incurred after you provide this notification to your creditors may not be assigned to you.

3.  Continue to Use Your Existing Medicare Card

At this time, DOJ are not aware of any reports of identity fraud or improper use of your information as a direct result of this incident. The Centers for Medicare and Medicaid Services will begin to monitor for any improper use of your Medicare information.

**For More Information**

If you have any further questions regarding this incident, please call our toll-free number at 1-844-979-6702. Representatives are available for 90 days from the date of this letter between the hours of 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday, excluding holidays.

Sincerely,

Norm Wong
Acting Director
Executive Office for United States Attorneys

ALBERT S WADDINGTON

U.S. Department of Justice
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

I o6 3

PJTCCO00A01783
DINA M CROCETTO WADINGTON



**U.S. Department of Justice**

Executive Office for United States Attorneys



April 8, 2024

## Notice of Breach

Dear DINA CROCETTO WADINGTON,

The Department of Justice (DOJ) is writing to notify you of a data security incident involving your personal information related to services provided by DOJ's contractor, Greylock, McKinnon and Associates (GMA). GMA provides litigation support services in civil litigation matters.

Your information was obtained by DOJ as part of a civil investigation and related litigation matter and we provided that information to GMA in support of that matter. Rest assured you are not the subject of the civil investigation or related litigation matter. On May 30, 2023, GMA discovered that they were the target of a ransomware attack that resulted in the exposure and exfiltration of several files in the contractor's possession. No DOJ systems were impacted.

We are sending you this letter so you can understand more about this incident, how we are addressing it, and additional steps you can take to further protect your privacy. We are providing information with this notice on free credit monitoring services. This does not impact your current Medicare benefits or coverage. Please see below for additional information.

### What Happened?

On May 30, 2023, GMA discovered that they were the victim of a ransomware attack affecting several of their systems. After taking immediate steps to contain the incident, GMA's initial investigation determined that the group behind the ransomware attack obtained copies of files from the contractor's systems. After notifying DOJ and the FBI, the contractor retained a third-party security services provider to conduct a forensic analysis and to analyze the files to determine which data had been affected. As part of that analysis, it was determined that those files contained some of your personal information.

### What Information Was Involved?

Your personal and Medicare information was likely impacted in this incident. This information may have included:

- Name
- Social Security Number or Individual Taxpayer Identification Number
- Date of Birth
- Mailing Address
- Telephone Number
- Medicare Beneficiary Identifier (MBI) or Health Insurance Claim Number (HICN)
- Driver's License Number and State Identification Number
- Healthcare Provider and Prescription Information
- Health Insurance Claims and Policy/Subscriber Information

2 of 3

- Health Benefits and Enrollment Information
- In some cases, Medical History/Notes (including medical record/account numbers, conditions, diagnoses, dates of service, images, treatments, etc.).

**What Are We Doing?**

GMA consulted with third-party cybersecurity specialists to assist with their response to and remediation of the incident and notified law enforcement of the incident. GMA deleted DOJ data from its systems after the incident.

DOJ is committed to protecting the personal information we collect and maintain. And, while this ransomware attack did not involve a DOJ system, we have also taken the appropriate steps to ensure the protection of your information and identity, including the offer of free credit monitoring through Sontiq.

**What Can You Do?**

1. Enroll in Sontiq, Inc. Data Breach and Identity Protection Services

DOJ is offering a complimentary 12 months of credit monitoring from Sontiq at no cost to you. Please see the enclosed information for details on how to enroll. You will also need to reference the enrollment code below when enrolling online, so please **do not** discard this letter.

2. Obtain a Free Credit Report

Under federal law, you are entitled to one free credit report every 12 months from each of the three major nationwide credit reporting companies listed above. Call 1-877-322-8228 or request your free credit reports online at www.annualcreditreport.com. At the same time, you may also wish to place a credit freeze or a fraud alert on your credit report. A credit freeze lets you restrict access to your credit report, which in turn makes it more difficult for identity thieves to open new accounts in your name. A fraud alert advises creditors to contact you before opening any new accounts. There is no charge for you to do this.

By calling or writing any one of the three credit reporting companies, you will be able to place a credit freeze or fraud alerts with all of the credit reporting companies. You will then receive letters from each of them with instructions on how to obtain a copy of your credit reports from each of the companies at no cost if you have not done so already. Sample written notifications are provided for you, attached to this correspondence. Also provided for you are the relevant sections of the Fair Credit Reporting Act. You may want to reference the appropriate Sections of the Act in your correspondence to the credit reporting company.

When you receive your credit reports, review them for problems. Identify any accounts you didn't open or inquiries from creditors that you did not authorize. Verify all information is correct. If you have questions or notice incorrect information, contact the credit reporting company. Even if you don't find any suspicious activity on your initial credit reports, the Federal Trade Commission (FTC) recommends that you still check your credit reports periodically. Checking your credit report periodically can help you spot problems and address them quickly.

ALBERT S WADDINGTON

3 of 3

If you find suspicious activity on your credit reports or have reason to believe your information is being misused, call your local law enforcement agency and file a police report. Be sure to obtain a copy of the police report, as many creditors will want the information it contains to absolve you of the fraudulent debts. You may also file a complaint with the FTC by contacting them on the web at www.ftc.gov/idtheft, by phone at 1-877-IDTHEFT (1-877-438-4338), or by mail at Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580. Your complaint will be added to the FTC's Identity Theft Data Clearinghouse, where it will be accessible to law enforcement for their investigations. In addition, you may obtain information from the FTC about fraud alerts and security freezes.

In addition, we recommend that you complete a Federal Trade Commission ID Threat Affidavit. This affidavit can be found at https://www.identitytheft.gov/. This will allow you to notify your creditors that personally identifying information relating to your identity may have been compromised. Depending on the specific circumstances, any debt related to identify theft incurred after you provide this notification to your creditors may not be assigned to you.

3.  Continue to Use Your Existing Medicare Card

At this time, DOJ are not aware of any reports of identity fraud or improper use of your information as a direct result of this incident. The Centers for Medicare and Medicaid Services will begin to monitor for any improper use of your Medicare information.

**For More Information**

If you have any further questions regarding this incident, please call our toll-free number at 1-844-979-6702. Representatives are available for 90 days from the date of this letter between the hours of 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday, excluding holidays.

Sincerely,

Norm Wong
Acting Director
Executive Office for United States Attorneys

U.S. Department of Justice
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998
815-766-2100

PJSV5100A03270



‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

2 yrs to settle



**U.S. Department of Justice**

Executive Office for United States Attorneys



April 4, 2024

Notice of Breach

Dear LYNNETTE KOHLER,

The Department of Justice (DOJ) is writing to notify you of a data security incident involving your personal information related to services provided by DOJ's contractor, Greylock, McKinnon and Associates (GMA). GMA provides litigation support services in civil litigation matters.

Your information was obtained by DOJ as part of a civil investigation and related litigation matter and we provided that information to GMA in support of that matter. Rest assured you are not the subject of the civil investigation or related litigation matter. On May 30, 2023, GMA discovered that they were the target of a ransomware attack that resulted in the exposure and exfiltration of several files in the contractor's possession. No DOJ systems were impacted.      Humana

We are sending you this letter so you can understand more about this incident, how we are addressing it, and additional steps you can take to further protect your privacy. We are providing information with this notice on free credit monitoring services. This does not impact your current Medicare benefits or coverage. Please see below for additional information.

**What Happened?**

On May 30, 2023, GMA discovered that they were the victim of a ransomware attack affecting several of their systems. After taking immediate steps to contain the incident, GMA's initial investigation determined that the group behind the ransomware attack obtained copies of files from the contractor's systems. After notifying DOJ and the FBI, the contractor retained a third-party security services provider to conduct a forensic analysis and to analyze the files to determine which data had been affected. As part of that analysis, it was determined that those files contained some of your personal information.

**What Information Was Involved?**

Your personal and Medicare information was likely impacted in this incident. This information may have included:

- Name
- Social Security Number or Individual Taxpayer Identification Number
- Date of Birth
- Mailing Address
- Telephone Number
- Medicare Beneficiary Identifier (MBI) or Health Insurance Claim Number (HICN)
- Driver's License Number and State Identification Number
- Healthcare Provider and Prescription Information
- Health Insurance Claims and Policy/Subscriber Information

U.S. Department of Justice
~~c/o Cyberscout~~
PO Box 1286
Dearborn, MI 48120-9998
815-766-2100

PJSV5100A03270

██████████

┉┉�services┉┉╵╵┉┉╵┉┉┉┉┉

*2 yrs to settle*



**U.S. Department of Justice**

Executive Office for United States Attorneys



April 4, 2024

Notice of Breach

Dear LYNNETTE KOHLER,

The Department of Justice (DOJ) is writing to notify you of a data security incident involving your personal information related to services provided by DOJ's contractor, Greylock, McKinnon and Associates (GMA). GMA provides litigation support services in civil litigation matters.

Your information was obtained by DOJ as part of a civil investigation and related litigation matter and we provided that information to GMA in support of that matter. Rest assured you are not the subject of the civil investigation or related litigation matter. On May 30, 2023, GMA discovered that they were the target of a ransomware attack that resulted in the exposure and exfiltration of several files in the contractor's possession. No DOJ systems were impacted. *Human*

We are sending you this letter so you can understand more about this incident, how we are addressing it, and additional steps you can take to further protect your privacy. We are providing information with this notice on free credit monitoring services. This does not impact your current Medicare benefits or coverage. Please see below for additional information.

**What Happened?**

On May 30, 2023, GMA discovered that they were the victim of a ransomware attack affecting several of their systems. After taking immediate steps to contain the incident, GMA's initial investigation determined that the group behind the ransomware attack obtained copies of files from the contractor's systems. After notifying DOJ and the FBI, the contractor retained a third-party security services provider to conduct a forensic analysis and to analyze the files to determine which data had been affected. As part of that analysis, it was determined that those files contained some of your personal information.

**What Information Was Involved?**

Your personal and Medicare information was likely impacted in this incident. This information may have included:

- Name
- Social Security Number or Individual Taxpayer Identification Number
- Date of Birth
- Mailing Address
- Telephone Number
- Medicare Beneficiary Identifier (MBI) or Health Insurance Claim Number (HICN)
- Driver's License Number and State Identification Number
- Healthcare Provider and Prescription Information
- Health Insurance Claims and Policy/Subscriber Information

PJSV5100A03270032700102N0400

- Health Benefits and Enrollment Information
- In some cases, Medical History/Notes (including medical record/account numbers, conditions, diagnoses, dates of service, images, treatments, etc.).

**What Are We Doing?**

GMA consulted with third-party cybersecurity specialists to assist with their response to and remediation of the incident and notified law enforcement of the incident. GMA deleted DOJ data from its systems after the incident.

DOJ is committed to protecting the personal information we collect and maintain. And, while this ransomware attack did not involve a DOJ system, we have also taken the appropriate steps to ensure the protection of your information and identity, including the offer of free credit monitoring through Sontiq.

**What Can You Do?**

1. Enroll in Sontiq, Inc. Data Breach and Identity Protection Services BAS Rate 1.0

DOJ is offering a complimentary 12 months of credit monitoring from Sontiq at no cost to you. Please see the enclosed information for details on how to enroll. You will also need to reference the enrollment code below when enrolling online, so please **do not** discard this letter.

2. Obtain a Free Credit Report

Under federal law, you are entitled to one free credit report every 12 months from each of the three major nationwide credit reporting companies listed above. Call 1-877-322-8228 or request your free credit reports online at www.annualcreditreport.com. At the same time, you may also wish to place a credit freeze or a fraud alert on your credit report. A credit freeze lets you restrict access to your credit report, which in turn makes it more difficult for identity thieves to open new accounts in your name. A fraud alert advises creditors to contact you before opening any new accounts. There is no charge for you to do this.

By calling or writing any one of the three credit reporting companies, you will be able to place a credit freeze or fraud alerts with all of the credit reporting companies. You will then receive letters from each of them with instructions on how to obtain a copy of your credit reports from each of the companies at no cost if you have not done so already. Sample written notifications are provided for you, attached to this correspondence. Also provided for you are the relevant sections of the Fair Credit Reporting Act. You may want to reference the appropriate Sections of the Act in your correspondence to the credit reporting company.

When you receive your credit reports, review them for problems. Identify any accounts you didn't open or inquiries from creditors that you did not authorize. Verify all information is correct. If you have questions or notice incorrect information, contact the credit reporting company. Even if you don't find any suspicious activity on your initial credit reports, the Federal Trade Commission (FTC) recommends that you still check your credit reports periodically. Checking your credit report periodically can help you spot problems and address them quickly.

Annualcredit report.COM    free 7 days

877-322 8228

It [...]d suspicious activity on your credit reports or have reason to believe your information is being misused, call your local law enforcement agency and file a police report. Be sure to obtain a copy of the police report, as many creditors will want the information it contains to absolve you of the fraudulent debts. You may also file a complaint with the FTC by contacting them on the web at www.ftc.gov/idtheft, by phone at 1-877-IDTHEFT (1-877-438-4338), or by mail at Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580. Your complaint will be added to the FTC's Identity Theft Data Clearinghouse, where it will be accessible to law enforcement for their investigations. In addition, you may obtain information from the FTC about fraud alerts and security freezes.

In addition, we recommend that you complete a Federal Trade Commission ID Threat Affidavit. This affidavit can be found at https://www.identitytheft.gov/. This will allow you to notify your creditors that personally identifying information relating to your identity may have been compromised. Depending on the specific circumstances, any debt related to identify theft incurred after you provide this notification to your creditors may not be assigned to you.

3.   Continue to Use Your Existing Medicare Card

At this time, DOJ are not aware of any reports of identity fraud or improper use of your information as a direct result of this incident. The Centers for Medicare and Medicaid Services will begin to monitor for any improper use of your Medicare information.

**For More Information**

If you have any further questions regarding this incident, please call our toll-free number at 1-844-979-6702. Representatives are available for 90 days from the date of this letter between the hours of 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday, excluding holidays.

Sincerely,

Norm Wong
Acting Director
Executive Office for United States Attorneys

Credit Monitoring Services Information

To enroll in Credit Monitoring services at no charge, please log on to **https://benefit.identityforce.com/activate** and follow the instructions provided. When prompted please provide the following unique code to receive services: ▓▓▓▓▓▓▓▓

In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

Greylock McKinnon Associates, Inc.
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

# Greylock McKinnon Associates
*Boston, MA ▪ Washington, DC ▪ Hanover, NH*
*www.gma-us.com*

PJTBN000504603
DANIEL G JASPERSON

▐█████████████████▌

||▎||▎▎||▌||▌▎▎▪▌||▌▎||▌||▌▎▌▪▌▎▎▎||▌|||▌▐▌||▌▐▎



April 5, 2024

### Notice of Data Breach

Dear DANIEL JASPERSON:

Greylock McKinnon Associates, Inc. ("GMA") was the victim of a sophisticated cyberattack involving your personal information. We are writing to notify you of this incident as well as provide you with information on the actions that we have taken in response, resources available to you, and steps you can take to protect yourself. GMA is a consulting firm that provides litigation support services in civil litigation matters. Your information was obtained by the U.S. Department of Justice ("DOJ") as part of a civil litigation matter. We received your information in our provision of services to the DOJ in support of that matter.

DOJ has advised us that you are not the subject of this investigation or the associated litigation matters. The DOJ informed GMA that this incident does not impact your current Medicare benefits or coverage. Please see below for additional information.

**What Happened?**
On May 30, 2023, we detected unusual activity on our internal network, and we promptly took steps to mitigate the incident. We consulted with third-party cybersecurity specialists to assist with our response to the incident, and we notified law enforcement and the DOJ. We received confirmation of which individuals' information was affected and obtained their contact addresses on February 7, 2024.

**What Information Was Involved?**
Your personal and Medicare information was likely affected in this incident. This information may have included your name, date of birth, address, Medicare Health Insurance Claim Number (which contains a Social Security number associated with a member) and some medical information and/or health insurance information.

**What Are We Doing?**
We consulted with third-party cybersecurity specialists to assist with our response to and remediation of the incident, and we notified law enforcement of the incident. GMA deleted DOJ data from its systems after the incident.

**What Can You Do?**
To help protect your identity, we are offering complimentary access to Single Bureau Credit Monitoring/Single Bureau Credit Report/Single Bureau Credit Score services. These services provide you with alerts for 24 months from the date of enrollment when changes occur to your credit file. This notification is sent to you the same day that the change or update takes place with the bureau. Finally, we are providing you with proactive fraud assistance to help with any questions that you might have or in event that you become a victim of fraud. These services will be provided by Cyberscout through Identity Force, a TransUnion company specializing in fraud assistance and remediation services.

Boston, Massachusetts ▪ 75 Park Plaza, 4th Floor ▪ Boston, MA 02116 ▪ Main: 617-871-6900
Washington, DC ▪ 1100 17th Street, NW, Suite 300 ▪ Washington, DC 20036 ▪ Main: 202-748-8860
Hanover, New Hampshire ▪ 35 South Main Street, Suite 306 ▪ Hanover, NH 03755

GMA

**How do I enroll for the free services?**

To enroll in Credit Monitoring services at no charge, please log on to https://secure.identityforce.com/benefit/gmaus  and follow the instructions provided. When prompted please provide the following unique code to receive services:

In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

For additional information and steps that you can take to protect yourself from identity theft, see enclosure.

At this time, GMA is not aware of any reports of identity fraud or improper use of your information as a result of this incident. We have been informed by the DOJ that the Centers for Medicare and Medicaid Services will begin to monitor for any improper use of your Medicare information.

**For More Information**

If you have any questions or need any additional information, please call our dedicated call center at 1-833-914-4067. Representatives are available for 90 days from the date of this letter to assist you between the hours of 8:00 a.m. to 8:00 p.m. Eastern time, Monday through Friday, excluding holidays. Please call the help line at 1-833-914-4067 and be prepared to supply the fraud specialist with your unique code listed within.

Sincerely,

Rene Rushnawitz, Managing Director



## Information about Identity Theft Protection

**Monitor Your Accounts**

We recommend that you regularly review statements from your accounts and periodically obtain your credit report from one or more of the national credit reporting companies. You may obtain a free copy of your credit report online at www.annualcreditreport.com, by calling toll-free 1-877-322-8228, or by mailing an Annual Credit Report Request Form (available at www.annualcreditreport.com) to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA, 30348-5281. You may also purchase a copy of your credit report by contacting one or more of the three national credit reporting agencies listed below.

| Equifax® | Experian | TransUnion® |
|---|---|---|
| P.O. Box 740241 | P.O. Box 9701 | P.O. Box 1000 |
| Atlanta, GA 30374-0241 | Allen, TX 75013-9701 | Chester, PA 19016-1000 |
| 1-800-685-1111 | 1-888-397-3742 | 1-800-888-4213 |
| www.equifax.com | www.experian.com | www.transunion.com |

When you receive your credit reports, review them carefully. Look for accounts or creditor inquiries that you did not initiate or do not recognize. Look for information, such as home address and Social Security number that is not accurate. If you see anything you do not understand, call the credit reporting agency at the telephone number on the report.

**Credit Freeze**

You have the right to put a security freeze, also known as a credit freeze, on your credit file, so that no new credit can be opened in your name without the use of a Personal Identification Number (PIN) that is issued to you when you initiate a freeze. A credit freeze is designed to prevent potential credit grantors from accessing your credit report without your consent. If you place a credit freeze, potential creditors and other third parties will not be able to access your credit report unless you temporarily lift the freeze. Therefore, using a credit freeze may delay your ability to obtain credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. Should you wish to place a credit freeze, please contact all three major consumer reporting agencies listed below:

| Equifax | Experian | TransUnion |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30348-5788 | Allen, TX 75013-9554 | Chester, PA 19016-2000 |
| 1-800-685-1111 | 1-888-397-3742 | 1-888-909-8872 |
| www.equifax.com/personal/ | www.experian.com/ | www.transunion.com/ |
| credit-report-services | freeze/center.html | credit-freeze |

You must separately place a credit freeze on your credit file at each credit reporting agency. The following information should be included when requesting a credit freeze:

1. Full name, with middle initial and any suffixes;
2. Social Security number;
3. Date of birth (month, day, and year);
4. Current address and previous addresses for the past five (5) years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. Other personal information as required by the applicable credit reporting agency;

If you request a credit freeze online or by phone, then the credit reporting agencies have one (1) business day after receiving your request to place a credit freeze on your credit file report. If you request a lift of the credit freeze online or by phone, then the credit reporting agency must lift the freeze within one (1) hour. If you request a credit freeze or lift of a credit freeze by mail, then the credit agency must place or lift the credit freeze no later than three (3) business days after getting your request.

Boston, Massachusetts ▪ 75 Park Plaza, 4th Floor ▪ Boston, MA 02116 ▪ Main: 617-871-6900
Washington, DC ▪ 1100 17th Street, NW, Suite 300 ▪ Washington, DC 20036 ▪ Main: 202-748-8860
Hanover, New Hampshire ▪ 35 South Main Street, Suite 306 ▪ Hanover, NH 03755



**Fraud Alerts**

You also have the right to place an initial or extended fraud alert on your file at no cost. An initial fraud alert lasts 1-year and is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. Should you wish to place a fraud alert, please contact any one of the agencies listed below. The agency you contact will then contact the other two credit agencies.

| Equifax | Experian | TransUnion |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30348-5788 | Allen, TX 75013-9554 | Chester, PA 19016-2000 |
| 1-888-766-0008 | 1-888-397-3742 | 1-800-680-7289 |
| www.equifax.com/personal/ | www.experian.com/ | www.transunion.com/fraud- |
| credit-report-services | fraud/center.html | victim-resource/place-fraud-alert |

**Additional Information**

You can further educate yourself regarding identity theft and the steps you can take to protect yourself, by contacting your state Attorney General or the Federal Trade Commission. Instances of known or suspected identity theft should be reported to law enforcement, your Attorney General, and the FTC.

The Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-ID-THEFT (1-877-438-4338)
TTY: 1-866-653-4261
www.ftc.gov/idtheft

For more information about identity theft and your tax records, we recommend that you visit the IRS Taxpayer Guide to Identity Theft at http://www.irs.gov. You may want to consider notifying the IRS that your tax records may be at risk by completing IRS Form 14039 (Identity Theft Affidavit) which can be located at http://www.irs.gov/pub/irs-pdf/f14039.pdf. You will need to send Form 14039 to the IRS along with a copy of your valid government-issued identification, such as a Social Security card, driver's license, or passport to the address on the form or by faxing to 1-855-807-5720.

Detailed below are a few things to keep in mind when filing Internal Revenue Service Form 14039:

- All documents, including your identification, must be clear and legible;
- The identity theft marker will remain on your file for a minimum of three tax cycles;
- Any returns containing your Social security number will be reviewed by the IRS for possible fraud; and,
- The marker may delay the processing of any legitimate tax returns.

You may also have the right to file or obtain a police report with your local law enforcement office if you believe you have been a victim of identity theft or fraud.

Remember to remain vigilant in reviewing your account statements, monitoring your free credit reports, and for incidents of fraud or identity theft.



Boston, Massachusetts • 75 Park Plaza, 4th Floor • Boston, MA 02116 • Main:  617-871-6900
Washington, DC • 1100 17th Street, NW, Suite 300 • Washington, DC 20036 • Main:  202-748-8860
Hanover, New Hampshire • 35 South Main Street, Suite 306 • Hanover, NH 03755

GMA

U.S. Department of Justice
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998



LELAND W WOOTEN JR

**U.S. Department of Justice**

Executive Office for United States Attorneys



April 5, 2024

Notice of Breach

Dear LELAND WOOTEN JR,

The Department of Justice (DOJ) is writing to notify you of a data security incident involving your personal information related to services provided by DOJ's contractor, Greylock, McKinnon and Associates (GMA). GMA provides litigation support services in civil litigation matters.

Your information was obtained by DOJ as part of a civil investigation and related litigation matter and we provided that information to GMA in support of that matter. Rest assured you are not the subject of the civil investigation or related litigation matter. On May 30, 2023, GMA discovered that they were the target of a ransomware attack that resulted in the exposure and exfiltration of several files in the contractor's possession. No DOJ systems were impacted.

We are sending you this letter so you can understand more about this incident, how we are addressing it, and additional steps you can take to further protect your privacy. We are providing information with this notice on free credit monitoring services. This does not impact your current Medicare benefits or coverage. Please see below for additional information.

**What Happened?**

On May 30, 2023, GMA discovered that they were the victim of a ransomware attack affecting several of their systems. After taking immediate steps to contain the incident, GMA's initial investigation determined that the group behind the ransomware attack obtained copies of files from the contractor's systems. After notifying DOJ and the FBI, the contractor retained a third-party security services provider to conduct a forensic analysis and to analyze the files to determine which data had been affected. As part of that analysis, it was determined that those files contained some of your personal information.

**What Information Was Involved?**

Your personal and Medicare information was likely impacted in this incident. This information may have included:

- Name
- Social Security Number or Individual Taxpayer Identification Number
- Date of Birth
- Mailing Address
- Telephone Number
- Medicare Beneficiary Identifier (MBI) or Health Insurance Claim Number (HICN)
- Driver's License Number and State Identification Number
- Healthcare Provider and Prescription Information
- Health Insurance Claims and Policy/Subscriber Information

- Health Benefits and Enrollment Information
- In some cases, Medical History/Notes (including medical record/account numbers, conditions, diagnoses, dates of service, images, treatments, etc.).

## What Are We Doing?

GMA consulted with third-party cybersecurity specialists to assist with their response to and remediation of the incident and notified law enforcement of the incident. GMA deleted DOJ data from its systems after the incident.

DOJ is committed to protecting the personal information we collect and maintain. And, while this ransomware attack did not involve a DOJ system, we have also taken the appropriate steps to ensure the protection of your information and identity, including the offer of free credit monitoring through Sontiq.

## What Can You Do?

1.  Enroll in Sontiq, Inc. Data Breach and Identity Protection Services

DOJ is offering a complimentary 12 months of credit monitoring from Sontiq at no cost to you. Please see the enclosed information for details on how to enroll. You will also need to reference the enrollment code below when enrolling online, so please **do not** discard this letter.

2.  Obtain a Free Credit Report

Under federal law, you are entitled to one free credit report every 12 months from each of the three major nationwide credit reporting companies listed above. Call 1-877-322-8228 or request your free credit reports online at www.annualcreditreport.com. At the same time, you may also wish to place a credit freeze or a fraud alert on your credit report. A credit freeze lets you restrict access to your credit report, which in turn makes it more difficult for identity thieves to open new accounts in your name. A fraud alert advises creditors to contact you before opening any new accounts. There is no charge for you to do this.

By calling or writing any one of the three credit reporting companies, you will be able to place a credit freeze or fraud alerts with all of the credit reporting companies. You will then receive letters from each of them with instructions on how to obtain a copy of your credit reports from each of the companies at no cost if you have not done so already. Sample written notifications are provided for you, attached to this correspondence. Also provided for you are the relevant sections of the Fair Credit Reporting Act. You may want to reference the appropriate Sections of the Act in your correspondence to the credit reporting company.

When you receive your credit reports, review them for problems. Identify any accounts you didn't open or inquiries from creditors that you did not authorize. Verify all information is correct. If you have questions or notice incorrect information, contact the credit reporting company. Even if you don't find any suspicious activity on your initial credit reports, the Federal Trade Commission (FTC) recommends that you still check your credit reports periodically. Checking your credit report periodically can help you spot problems and address them quickly.

If you find suspicious activity on your credit reports or have reason to believe your information is being misused, call your local law enforcement agency and file a police report. Be sure to obtain a copy of the police report, as many creditors will want the information it contains to absolve you of the fraudulent debts. You may also file a complaint with the FTC by contacting them on the web at www.ftc.gov/idtheft, by phone at 1-877-IDTHEFT (1-877-438-4338), or by mail at Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580. Your complaint will be added to the FTC's Identity Theft Data Clearinghouse, where it will be accessible to law enforcement for their investigations. In addition, you may obtain information from the FTC about fraud alerts and security freezes.

In addition, we recommend that you complete a Federal Trade Commission ID Threat Affidavit. This affidavit can be found at https://www.identitytheft.gov/. This will allow you to notify your creditors that personally identifying information relating to your identity may have been compromised. Depending on the specific circumstances, any debt related to identify theft incurred after you provide this notification to your creditors may not be assigned to you.

3.  Continue to Use Your Existing Medicare Card

At this time, DOJ are not aware of any reports of identity fraud or improper use of your information as a direct result of this incident. The Centers for Medicare and Medicaid Services will begin to monitor for any improper use of your Medicare information.

**For More Information**

If you have any further questions regarding this incident, please call our toll-free number at 1-844-979-6702. Representatives are available for 90 days from the date of this letter between the hours of 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday, excluding holidays.

Sincerely,

Norm Wong
Acting Director
Executive Office for United States Attorneys

<u>Credit Monitoring Services Information</u>

To enroll in Credit Monitoring services at no charge, please log on to **https://benefit.identityforce.com/activate** and follow the instructions provided. When prompted please provide the following unique code to receive services:

███████████

In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

U.S. Department of Justice
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PJT24K00800644
CHARLES MCCURDY
████████████

||₁||·||₁||₁||₁·|₁||₁||·₁|₁||·₁||₁||·₁||₁·₁·₁|·₁||₁||₁·||₁



**U.S. Department of Justice**

Executive Office for United States Attorneys



PJT24K00800644006440110210400

April 5, 2024

Notice of Breach

Dear CHARLES MCCURDY,

The Department of Justice (DOJ) is writing to notify you of a data security incident involving your personal information related to services provided by DOJ's contractor, Greylock, McKinnon and Associates (GMA). GMA provides litigation support services in civil litigation matters.

Your information was obtained by DOJ as part of a civil investigation and related litigation matter and we provided that information to GMA in support of that matter. Rest assured you are not the subject of the civil investigation or related litigation matter. On May 30, 2023, GMA discovered that they were the target of a ransomware attack that resulted in the exposure and exfiltration of several files in the contractor's possession. No DOJ systems were impacted.

We are sending you this letter so you can understand more about this incident, how we are addressing it, and additional steps you can take to further protect your privacy. We are providing information with this notice on free credit monitoring services. This does not impact your current Medicare benefits or coverage. Please see below for additional information.

**What Happened?**

On May 30, 2023, GMA discovered that they were the victim of a ransomware attack affecting several of their systems. After taking immediate steps to contain the incident, GMA's initial investigation determined that the group behind the ransomware attack obtained copies of files from the contractor's systems. After notifying DOJ and the FBI, the contractor retained a third-party security services provider to conduct a forensic analysis and to analyze the files to determine which data had been affected. As part of that analysis, it was determined that those files contained some of your personal information.

**What Information Was Involved?**

Your personal and Medicare information was likely impacted in this incident. This information may have included:

- Name
- Social Security Number or Individual Taxpayer Identification Number
- Date of Birth
- Mailing Address
- Telephone Number
- Medicare Beneficiary Identifier (MBI) or Health Insurance Claim Number (HICN)
- Driver's License Number and State Identification Number
- Healthcare Provider and Prescription Information
- Health Insurance Claims and Policy/Subscriber Information

- Health Benefits and Enrollment Information
- In some cases, Medical History/Notes (including medical record/account numbers, conditions, diagnoses, dates of service, images, treatments, etc.).

**What Are We Doing?**

GMA consulted with third-party cybersecurity specialists to assist with their response to and remediation of the incident and notified law enforcement of the incident. GMA deleted DOJ data from its systems after the incident.

DOJ is committed to protecting the personal information we collect and maintain. And, while this ransomware attack did not involve a DOJ system, we have also taken the appropriate steps to ensure the protection of your information and identity, including the offer of free credit monitoring through Sontiq.

**What Can You Do?**

1. Enroll in Sontiq, Inc. Data Breach and Identity Protection Services

DOJ is offering a complimentary 12 months of credit monitoring from Sontiq at no cost to you. Please see the enclosed information for details on how to enroll. You will also need to reference the enrollment code below when enrolling online, so please **do not** discard this letter.

2. Obtain a Free Credit Report

Under federal law, you are entitled to one free credit report every 12 months from each of the three major nationwide credit reporting companies listed above. Call 1-877-322-8228 or request your free credit reports online at www.annualcreditreport.com. At the same time, you may also wish to place a credit freeze or a fraud alert on your credit report. A credit freeze lets you restrict access to your credit report, which in turn makes it more difficult for identity thieves to open new accounts in your name. A fraud alert advises creditors to contact you before opening any new accounts. There is no charge for you to do this.

By calling or writing any one of the three credit reporting companies, you will be able to place a credit freeze or fraud alerts with all of the credit reporting companies. You will then receive letters from each of them with instructions on how to obtain a copy of your credit reports from each of the companies at no cost if you have not done so already. Sample written notifications are provided for you, attached to this correspondence. Also provided for you are the relevant sections of the Fair Credit Reporting Act. You may want to reference the appropriate Sections of the Act in your correspondence to the credit reporting company.

When you receive your credit reports, review them for problems. Identify any accounts you didn't open or inquiries from creditors that you did not authorize. Verify all information is correct. If you have questions or notice incorrect information, contact the credit reporting company. Even if you don't find any suspicious activity on your initial credit reports, the Federal Trade Commission (FTC) recommends that you still check your credit reports periodically. Checking your credit report periodically can help you spot problems and address them quickly.

If you find suspicious activity on your credit reports or have reason to believe your information is being misused, call your local law enforcement agency and file a police report. Be sure to obtain a copy of the police report, as many creditors will want the information it contains to absolve you of the fraudulent debts. You may also file a complaint with the FTC by contacting them on the web at www.ftc.gov/idtheft, by phone at 1-877-IDTHEFT (1-877-438-4338), or by mail at Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580. Your complaint will be added to the FTC's Identity Theft Data Clearinghouse, where it will be accessible to law enforcement for their investigations. In addition, you may obtain information from the FTC about fraud alerts and security freezes.

In addition, we recommend that you complete a Federal Trade Commission ID Threat Affidavit. This affidavit can be found at https://www.identitytheft.gov/. This will allow you to notify your creditors that personally identifying information relating to your identity may have been compromised. Depending on the specific circumstances, any debt related to identify theft incurred after you provide this notification to your creditors may not be assigned to you.

3.  Continue to Use Your Existing Medicare Card

At this time, DOJ are not aware of any reports of identity fraud or improper use of your information as a direct result of this incident. The Centers for Medicare and Medicaid Services will begin to monitor for any improper use of your Medicare information.

**For More Information**

If you have any further questions regarding this incident, please call our toll-free number at 1-844-979-6702. Representatives are available for 90 days from the date of this letter between the hours of 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday, excluding holidays.

Sincerely,

Norm Wong
Acting Director
Executive Office for United States Attorneys

Credit Monitoring Services Information

To enroll in Credit Monitoring services at no charge, please log on to **https://benefit.identityforce.com/activate** and follow the instructions provided. When prompted please provide the following unique code to receive services:

█████████████

In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PJT22R00510809
RICHARD B LILLY III



**U.S. Department of Justice**

Executive Office for United States Attorneys



April 5, 2024

Notice of Breach

Dear RICHARD LILLY III,

The Department of Justice (DOJ) is writing to notify you of a data security incident involving your personal information related to services provided by DOJ's contractor, Greylock, McKinnon and Associates (GMA). GMA provides litigation support services in civil litigation matters.

Your information was obtained by DOJ as part of a civil investigation and related litigation matter and we provided that information to GMA in support of that matter. Rest assured you are not the subject of the civil investigation or related litigation matter. On May 30, 2023, GMA discovered that they were the target of a ransomware attack that resulted in the exposure and exfiltration of several files in the contractor's possession. No DOJ systems were impacted.

We are sending you this letter so you can understand more about this incident, how we are addressing it, and additional steps you can take to further protect your privacy. We are providing information with this notice on free credit monitoring services. This does not impact your current Medicare benefits or coverage. Please see below for additional information.

**What Happened?**

...they were the victim of a ransomware attack affecting several of their



U.S. Department of Justice
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PJTCCO00301082
MARY W ISAAC

U.S. Department of

Executive Office for United States A

April

Notice of Breach

Dear MARY ISAAC,

The Department of Justice (DOJ) is writing to notify you of a data security incident involving you information related to services provided by DOJ's contractor, Greylock, McKinnon and Associates (GM provides litigation support services in civil litigation matters.

Your information was obtained by DOJ as part of a civil investigation and related litigation matter and v that information to GMA in support of that matter. Rest assured you are not the subject of the civil inve related litigation matter. On May 30, 2023, GMA discovered that they were the target of a ransomware resulted in the exposure and exfiltration of several files in the contractor's possession. No DOJ sy impacted.

We are sending you this letter so you can understand more about this incident, how we are addre additional steps you can take to further protect your privacy. We are providing information with this r credit monitoring services. This does not impact your current Medicare benefits or coverage. Please additional information.

**What Happened?**

On May 30, 2023, GMA discovered that they were the victim of a ransomware attack affecting systems. After taking immediate steps to contain the incident, GMA's initial investigation determine hind the ransomware attack obtained copies of files from the contractor's systems. After notifyi of, the contractor retained a third-party security services provider to conduct a forensic analysis es to determine which data had been affected. As part of that analysis, it was determined that tho of your personal information.

U.S. Department of Justice
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PJT24K00901563
JOHN R MCLAUGHLIN



**U.S. Department of Justice**

Executive Office for United States Attorneys



April 5, 2024

Notice of Breach

Dear JOHN MCLAUGHLIN,

The Department of Justice (DOJ) is writing to notify you of a data security incident involving your personal information related to services provided by DOJ's contractor, Greylock, McKinnon and Associates (GMA). GMA provides litigation support services in civil litigation matters.

Your information was obtained by DOJ as part of a civil investigation and related litigation matter and we provided that information to GMA in support of that matter. Rest assured you are not the subject of the civil investigation or related litigation matter. On May 30, 2023, GMA discovered that they were the target of a ransomware attack that resulted in the exposure and exfiltration of several files in the contractor's possession. No DOJ systems were impacted.

We are sending you this letter so you can understand more about this incident, how we are addressing it, and additional steps you can take to further protect your privacy. We are providing information with this notice on free credit monitoring services. This does not impact your current Medicare benefits or coverage. Please see below for additional information.

**What Happened?**

*On May 30, 2023, GMA discovered that they were the victim of a ransomware attack affecting several of their systems. After taking immediate steps to contain the incident,* GMA's initial investigation determined that the group *behind the ransomware attack* obtained copies of files from the contractor's systems. After notifying DOJ and the FBI, the contractor retained a third-party security services provider to conduct a forensic analysis and to analyze the files to determine which data had been affected. As part of that analysis, it was determined that those files contained some of your personal information.

**What Information Was Involved?**

Your personal and Medicare information was likely impacted in this incident. This information may have included:

- Name
- Social Security Number or Individual Taxpayer Identification Number
- Date of Birth
- Mailing Address
- Telephone Number
- Medicare Beneficiary Identifier (MBI) or Health Insurance Claim Number (HICN)
- Driver's License Number and State Identification Number
- Healthcare Provider and Prescription Information
- Health Insurance Claims and Policy/Subscriber Information

# Greylock McKinnon Associates

*Boston, MA ▪ Washington, DC ▪ Hanover, NH*
*www.gma-us.com*

Return Mail Processing
PO Box 999
Suwanee, GA 30024

4 1 1064 ********************AUTO**MIXED AADC 300
GLENDA ISAAC
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

February 23, 2024

**RE: Notice of a Security Incident**

Dear Glenda Isaac:

Greylock McKinnon Associates, Inc. ("GMA") was the victim of a sophisticated cyberattack that may have affected your personal information. We are writing to notify you of this incident as well as provide you with information on the actions that we have taken in response, resources available to you, and steps you can take to protect yourself.

GMA is a consulting firm that provides economic analysis and litigation support for legal, business, and government stakeholders. We received your data in our provision of services to our clients.

**What Happened?**
On May 30, 2023, we detected unusual activity on our internal network, and we promptly took steps to mitigate the incident. We consulted with third-party cybersecurity specialists to assist with our response to the incident, and we notified law enforcement. On February 5, 2024, after an extensive forensic review, we determined that your personal information may have been affected.

**What Information Was Involved?**
Information that may have been affected includes your name and Social Security number.

**What Are We Doing and What Measures Have We Taken to Remedy the Situation?**
We consulted with third-party cybersecurity specialists to assist with our response to and remediation of the incident, and we notified law enforcement of the incident.

**What You Can Do**
To help protect your identity, we are offering complimentary access to Experian IdentityWorks℠ for 12 months.

If you believe there was fraudulent use of your information as a result of this incident and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

Please note that Identity Restoration is available to you for 12 months from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration.

Boston, Massachusetts ▪ 75 Park Plaza, 4ᵗʰ Floor ▪ Boston, MA 02116 ▪ Main: 617-871-6900
Washington, DC ▪1100 17ᵗʰ Street, NW, Suite 300 ▪ Washington, DC 20016 ▪Main: 202-748-8860
Hanover, New Hampshire ▪35 South Main Street, Suite 306 ▪ Hanover, NH 03755

**GMA**

Engagement # B116462