UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE GREYLOCK MCKINNON ASSOCIATES DATA SECURITY INCIDENT LITIGATION | Case No. 1:24-cv-10797-DJC |

## NOTICE OF RELATED CASE

Pursuant to Paragraph 4 of Pretrial Order No. 1 (Consolidating Cases), Plaintiffs Tim Isaac, Mary Isaac, Theresa McFadden, Valerie Gunther, Leland Wooten Jr., Paulette Zalewski, Dale Robertson, Daniel Jasperson, Albert Waddington, Dina Crocetto-Waddington, John McLaughlin, Charles McCurdy, Lynn Kohler, and Richard Lilly (collectively, "Plaintiffs"), hereby provide notice of the following related case:

*Rosen v. Greylock McKinnon Associates, Inc.*, 1:24-cv-11880 (D. Mass.).

The *Rosen* case arises out of the same data breach involving Defendant that is at issue in this consolidated action, bringing claims on behalf of Plaintiff and a putative class of other victims of the data breach.

Plaintiffs ask that the *Rosen* action be consolidated in this matter.

Dated: July 24, 2024   By:  */s/ Raina C. Borrelli*
                                    Raina Borrelli (*pro hac vice*)
                                    STRAUSS BORRELLI PLLC
                                    980 N. Michigan Avenue, Suite 1610
                                    Chicago, Illinois 60611
                                    Telephone: (872) 263-1100
                                    Facsimile: (872) 263-1109
                                    raina@straussborrelli.com

1

Jeff Ostrow*
Kristen Lake Cardoso*
KOPELOWITZ OSTROW P.A.
1 West Las Olas. Blvd., Ste. 500
Fort Lauderdale, FL 33301
(954) 332-4200
ostrow@kolawyers.com
cardoso@kolawyers.com

*Plaintiffs' Interim Co-Lead Counsel*

Robert T. Naumes Jr., Esq.*
Attorneys for Representative Plaintiff
and the Plaintiff Class(es)
JEFFREY GLASSMAN INJURY LAWYERS
One International Place, 18th Floor
Boston, Massachusetts 02186
(617) 777-7777
bnaumes@jeffreysglassman.com

Scott Edward Cole, Esq.*
COLE & VAN NOTE
555 12th Street, Suite 2100
Oakland, California 94607
(510) 891-9800
sec@colevannote.com

Christina Xenides*
Mason A. Barney*
Tyler Bean*
SIRI & GLIMSTAD LLP
1005 Congress Avenue, Suite 925-C36
Austin, TX 78701
(512) 265-5622
cxenides@sirillp.com
mbarney@sirillp.com
tbean@sirillp.com

Randi Kassan*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
(212) 594-5300
rkassan@milberg.com

David K. Lietz*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
(866) 252-0878
dlietz@milberg.com

Sean K. Collins*
LAW OFFICES OF SEAN K. COLLINS
184 High Street, Suite 503
Boston, MA 02110
(855) 693-9256
sean@neinsurancelaw.com

Jeffrey S. Goldenberg*
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
(513) 345-8291
jgoldenberg@gs-legal.com

Charles E. Schaffer*
LEVIN SEDRAN & BERMAN, LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
cschaffer@lfsblaw.com

James J. Reardon*
REARDON SCANLON LLP
45 South Main Street, 3rd Floor
West Hartford, CT 06107
(860) 944-9455
james.reardon@reardonscanlon.com

Kevin Laukaitis*
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
(215) 789-4462
klaukaitis@laukaitislaw.com

William B. Federman*
Kennedy M. Brian*
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
(405) 235-1560
wbf@federmanlaw.com
kpb@federmanlaw.com

Marc H. Edelson*
Liberato P. Verderame Edelson*
EDELSON LECHTZIN LLP
411 S. State Street, Suite N300
Newtown, PA 18940
(215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

Edward F. Haber*
Ian J. McLoughlin*
Patrick J. Vallely*
SHAPIRO HABER & URMY LLP
One Boston Place, Suite 2600
Boston, MA 02108
(617) 439-3939
ehaber@shulaw.com
imcloughlin@shulaw.com
pvallely@shulaw.com

Amber L. Schubert*
SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220
aschubert@sjk.law

*Additional Plaintiffs' Counsel*

\**pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

  I, Raina C. Borrelli, hereby certify that on July 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 24th day of July, 2024.

            STRAUSS BORRELLI PLLC

            By: */s/ Raina C. Borrelli*
               Raina C. Borrelli
               raina@straussborrelli.com
               STRAUSS BORRELLI PLLC
               One Magnificent Mile
               980 N Michigan Avenue, Suite 1610
               Chicago IL, 60611
               Telephone: (872) 263-1100
               Facsimile: (872) 263-1109