UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE GREYLOCK MCKINNON ASSOCIATES DATA SECURITY INCIDENT LITIGATION | C.A. No. 1:24-CV-10797-DJC |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY**

Defendant Greylock McKinnon Associates, Inc. ("GMA") and the named plaintiffs ("Plaintiffs") hereby provide notice to the Court that GMA and Plaintiffs have reached an agreement in principle on a settlement of the above-captioned action that would resolve the action on a classwide basis. The proposed class action settlement will be memorialized in a written settlement agreement, which Plaintiffs will file with the Court as part of a motion for preliminary approval.

GMA and Plaintiffs hereby jointly move that this action be stayed until the parties file a motion for preliminary approval of the settlement, which the parties anticipate filing within 30 days.

Dated: November 15, 2024

Respectfully submitted,

*/s/ Raina C. Borrelli*
Raina Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

*Counsel for Plaintiffs and Proposed Class*

*/s/ Wystan M. Ackerman*
Wystan M. Ackerman (BBO #651086)
Kevin P. Daly (BBO #675644)
ROBINSON & COLE LLP
One State Street
Hartford, CT 06103
Telephone: (860) 275-8200
Facsimile: (860) 275-8299
wackerman@rc.com
kdaly@rc.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on November 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 15th day of November, 2024.

                                              */s/ Raina C. Borrelli*
                                              Raina C. Borrelli