UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE GREYLOCK MCKINNON ASSOCIATES DATA SECURITY INCIDENT LITIGATION | C.A. No. 1:24-CV-10797-DJC |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Defendant Greylock McKinnon Associates, Inc. ("GMA") and the named plaintiffs ("Plaintiffs") respectfully move for a 30-day extension of time of the deadline to submit a motion for preliminary approval of the settlement reached in this action. As grounds for this Motion, GMA and Plaintiffs state:

1. On November 15, 2024, GMA and Plaintiffs jointly filed a notice of settlement informing the Court that they had reached an agreement in principle on a settlement of the above-captioned action that would resolve the action on a classwide basis. The parties further reported that the proposed class action settlement will be memorialized in a written settlement agreement, which the parties will file with the Court as part of a motion for preliminary approval. (ECF Doc. 38).

2. On November 18, 2024, the Court entered an order staying this action through December 16, 2024 and providing that a motion for preliminary approval of settlement shall be filed on or before that date. (ECF Doc. 40).

3. The parties have been diligently working to memorialize the settlement terms in a written agreement. The parties have made substantial progress toward doing so, but require additional time to complete the written settlement agreement as well as all other papers necessary to file a motion for preliminary approval (including proposed notices to class members, etc.).

1

WHEREFORE, GMA and Plaintiffs respectfully move that the Court extend the time to file a motion for preliminary approval of settlement by 30 days, through and including January 15, 2025.

Dated: December 12, 2024

Respectfully Submitted,

*/s/ Raina C. Borrelli*
(*pro hac vice*)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

*Counsel for Plaintiffs and Proposed Class*


*/s/ Wystan M. Ackerman*
Wystan M. Ackerman (BBO #651086)
Kevin P. Daly (BBO #675644)
**ROBINSON & COLE LLP**
One State Street
Hartford, CT 06103
Tel: (860) 275-8200
Fax: (860) 275-8299
wackerman@rc.com
kdaly@rc.com

*Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Wystan M. Ackerman