UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE GREYLOCK MCKINNON
ASSOCIATES DATA SECURITY
INCIDENT LITIGATION

C.A. No. 1:24-CV-10797-DJC

**SECOND JOINT MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Defendant Greylock McKinnon Associates, Inc. ("GMA") and the named plaintiffs ("Plaintiffs") respectfully move for an extension of time of the deadline to submit a motion for preliminary approval of the settlement reached in this action through and including January 29, 2025. As grounds for this Motion, GMA and Plaintiffs state:

1. On November 15, 2024, GMA and Plaintiffs jointly filed a notice of settlement informing the Court that they had reached an agreement in principle on a settlement of the above-captioned action that would resolve the action on a classwide basis. The parties further reported that the proposed class action settlement will be memorialized in a written settlement agreement, which the parties will file with the Court as part of a motion for preliminary approval. (ECF Doc. 38).

2. On November 18, 2024, the Court entered an order staying this action through December 16, 2024 and providing that a motion for preliminary approval of settlement shall be filed on or before that date. (ECF Doc. 40).

3. On December 12, 2024, the parties filed a joint motion to extend the time to file a motion for preliminary approval through and including January 15, 2024. (ECF Doc. 42). The basis for seeking this extension was that, although the parties were diligently working to memorialize the settlement terms in a written agreement and made substantial progress toward

1

doing so, they required additional time to complete the written settlement agreement as well as all other papers necessary to file a motion for preliminary approval (including proposed notices to class members, etc.).

4. Since that time, the parties have reached agreement on the language of a written settlement agreement. However, the parties require additional time to complete revisions to the drafts of the proposed notices to class members and other preliminary approval papers.

5. This is the second extension the parties have sought of the deadline to file a motion for preliminary approval of statement. The first such request (ECF Doc. 42) remains pending.

WHEREFORE, GMA and Plaintiffs respectfully move that the Court extend the time to file a motion for preliminary approval of settlement through and including January 29, 2025.

Dated: January 13, 2025

    Respectfully Submitted,

    */s/ Raina C. Borrelli*
    Raina C. Borrelli (*pro hac vice*)
    STRAUSS BORRELLI PLLC
    980 N. Michigan Avenue, Suite 1610
    Chicago, Illinois 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    raina@straussborrelli.com

    *Counsel for Plaintiffs and Proposed Class*

    */s/ Wystan M. Ackerman*
    Wystan M. Ackerman (BBO #651086)
    Kevin P. Daly (BBO #675644)
    **ROBINSON & COLE LLP**
    One State Street
    Hartford, CT 06103

                                                                                      Tel: (860) 275-8200
                                                                                      Fax: (860) 275-8299
                                                                                      wackerman@rc.com
                                                                                      kdaly@rc.com

                                                                              *Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                                          */s/ Wystan M. Ackerman*