UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE GREYLOCK MCKINNON ASSOCIATES DATA SECURITY INCIDENT LITIGATION | C.A. No. 1:24-CV-10797-DJC |

**JOINT MOTION TO APPROVE AMENDMENT TO SETTLEMENT AGREEMENT AND MODIFY PRELIMINARY APPROVAL ORDER**

Defendant Greylock McKinnon Associates, Inc. ("GMA") and Plaintiffs ("Plaintiffs") jointly move this Court to for approval of an amendment to the Parties' Settlement Agreement[1] ("Amendment") and corresponding modification to the Court's Order Granting Preliminary Approval (ECF Doc. 48). As grounds for this Motion, the Parties respectfully state:

1. The Parties entered into the Settlement Agreement on January 29, 2025, and Plaintiffs filed their Motion for Preliminary Approval the same day.

2. In April 2025, well after notice had been given about the Data Incident to those known to be impacted in accordance with instructions received by GMA from its clients, one of GMA's clients instructed GMA to issue notice of the Data Incident to 19 individuals whose Social Security numbers may have been exposed in the Data Incident. Because GMA had not received instructions from its client to notify these individuals at the time the Settlement was reached, these people were not included in the Class List provided by GMA to the Settlement Administrator in connection with the provision of Notice of the Settlement in this case. Consequently, they did not receive the Notice that was disseminated on March 3, 2025. Notice of the Settlement was mailed to these 19 individuals on May 8, 2025.

---

[1] The capitalized terms herein have the same meanings as those defined in the Settlement Agreement which is attached to the Motion for Preliminary Approval as Exhibit A. (ECF 45).

3.    When the Parties negotiated the terms of the Settlement, including the definition of the Settlement Class, they intended the Damages Settlement Class to consist only of individuals who have been mailed notification of the Data Incident by GMA or its designee.

4.    To avoid confusion, the Parties have agreed to amend the Damages Settlement Class definition to exclude individuals who were not mailed notice of the Data Incident on or prior to May 1, 2025 by GMA or its designee.

5.    Because all individuals otherwise qualifying for the Damages Settlement Class who were mailed notice of the Data Incident on or before May 1, 2025, have now been sent Notice pursuant to the Settlement and the Preliminary Approval Order, no further notice to the Settlement Class is required in light of the Amendment.

6.    Modifying the Settlement Class definition in no way prejudices any individuals that were not sent notice of the Data Incident until after May 1, 2025. Those individuals allegedly impacted in the Data Incident who were not sent notification of the Data Incident until after May 8, 2025, will maintain their right to bring a claim, if any, against GMA.

7.    A copy of the Amendment is attached hereto as Exhibit A.

8.    The Parties also respectfully request that the Court modify the Order Granting Preliminary Approval of Class Action Settlement and Conditionally Certifying Settlement Class ("Order," ECF Doc. 48) in accordance with the Amendment. Paragraph 2 of the Order should be modified to define the "Damages Settlement Class" in accordance with the Amendment, as follows:

> "Damages Settlement Class" means "all individuals residing in the United States whose Social Security number was affected by the Data Incident and who were

mailed notice of the Data Incident by the Defendant or its designee on or prior to May 1, 2025."

WHEREFORE, GMA and Plaintiffs respectfully move that the Court enter an order approving the Amendment and modifying the Order as set forth in Paragraph 8 above.

Dated: May 12, 2025

                                        Respectfully Submitted,

                                        */s/ Raina C. Borrelli*
                                        Raina C. Borrelli (*pro hac vice*)
                                        STRAUSS BORRELLI PLLC
                                        980 N. Michigan Avenue, Suite 1610
                                        Chicago, Illinois 60611
                                        Telephone: (872) 263-1100
                                        Facsimile: (872) 263-1109
                                        raina@straussborrelli.com

                                        Jeff Ostrow (*pro hac vice*)
                                        KOPELOWITZ OSTROW P.A.
                                        1 West Las Olas. Blvd., Ste. 500
                                        Fort Lauderdale, FL 33301
                                        Telephone: (954) 332-4200
                                        Email: ostrow@kolawyers.com

                                        *Counsel for Plaintiffs and Proposed Class*


                                        */s/ Wystan M. Ackerman*
                                        Wystan M. Ackerman (BBO #651086)
                                        Kevin P. Daly (BBO #675644)
                                        **ROBINSON & COLE LLP**
                                        One State Street
                                        Hartford, CT 06103
                                        Tel: (860) 275-8200
                                        Fax: (860) 275-8299
                                        wackerman@rc.com
                                        kdaly@rc.com

                                        *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Wystan M. Ackerman*