UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: GREYLOCK MCKINNON ASSOCIATES DATA SECURITY INCIDENT LITIGAITON | CASE NO. 1:24-CV-10797<br><br>**CONSOLIDATED CLASS ACTION** |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO APPROVE AMENDMENT TO SETTLEMENT AGREEMENT AND MODIFYING PRELIMINARY APPROVAL ORDER**

WHEREAS, the Court previously granted Preliminary Approval of the class action settlement in this action and conditionally certified the Settlement Classes for settlement purposes (ECF Doc. 48);

WHEREAS, the Parties have agreed upon an amendment to the Settlement Agreement ("Amendment") involving the definition of the Damages Settlement Class;

WHEREAS, the Amendment requires Court approval and a corresponding modification to the Preliminary Approval Order;

WHEREAS, the Amendment does not impact the Notice Program; and

WHEREAS, the Court having considered the Amendment to the Settlement Agreement, together with the Joint Motion to Approve Amendment to Settlement Agreement and Modify Preliminary Approval Order, records in this case, and the arguments of counsel and for good cause appearing, **HEREBY ORDER**S as follows:

1. The Amendment is approved by the Court.

2. In accordance with the Amendment, Paragraph 2 of the Preliminary Approval Order is hereby modified to define the "Damages Settlement Class" in accordance with the Amendment, as follows: "Damages Settlement Class" means "all individuals residing in the United States whose Social Security number was affected by the Data Incident and who were mailed notice of the Data Incident by the Defendant or its designee on or prior to May 1, 2025."

**IT IS SO ORDERED.**

Dated: _____, 2025

                                        The Honorable Denise J. Casper
                                        United States District Judge