## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

IN RE: GREYLOCK MCKINNON
ASSOCIATES DATA SECURITY
INCIDENT LITIGAITON

CASE NO. 1:24-CV-10797

**CONSOLIDATED CLASS ACTION**

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT AND APPLICATION
## FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

Plaintiffs, Tim Isaac, Mary Gregel, Theresa McFadden, Valerie Gunther, LeLand Wooten

Jr., Paulette Zalewski, Dale Robertson, Albert Waddington, Dina Crocetto-Waddington, John

McLaughlin, Charles McCurdy, Lynn Kohler, Richard Lilly, Daniel Jaspserson, and Michael

Rosen, on behalf of themselves and the proposed Settlement Class,[1] with the consent of Defendant,

Greylock McKinnon Associates, Inc., hereby move this Court for Final Approval of the class

action Settlement preliminarily approved by this Court on January 31, 2025 (D.E. 48). Plaintiffs

respectfully request this Court enter a Final Approval Order and thereafter a Final Judgment:

a.        Granting final certification of the Settlement Class, appointing Plaintiffs as Class

Representatives, and appointing as Class Counsel Raina Borrelli of Strauss Borrelli PLLC and Jeff

Ostrow of Kopelowitz Ostrow P.A.

---

[1] All capitalized terms herein shall have the same meaning as those defined in Section II of the
Settlement Agreement and Releases, which is attached to the Memorandum of Law in support of
this Motion as Exhibit A.

b.    Finding the Notice Program satisfied due process requirements and Federal Rule of Civil Procedure 23;

c.    Finding the terms of the Settlement are fair, reasonable, and adequate; the Settlement was entered into after extensive, arm's-length negotiations; and the Settlement terms are approved, adopted, and incorporated by the Court;

d.    Directing the Parties, their attorneys, and the Settlement Administrator to consummate the Settlement in accordance with the Final Approval Order and the terms of the Agreement;

e.    Dismissing with prejudice all claims resolved by the Settlement, including the Released Claims, and ruling the Settlement is binding on all Settlement Class Members, including the Releases contained in the Agreement (subject to the Court retaining jurisdiction to enforce the terms of the Settlement and the Releases); and

f.    Approving Class Counsel's Application for Attorneys' Fees, Costs, and Service Awards.

In support of this Motion, Plaintiffs submit their Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards, the Declaration of Class Counsel Raina Borrelli and Jeff Ostrow, the Declaration of Cameron R. Azari, Esq. of Epiq Class Action Claims & Solutions, Inc., all other pleadings and papers on file in this Action, and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing currently scheduled for July 9, 2025.

Dated May 27, 2025.

Respectfully submitted,

/s/ Jeff Ostrow
Jeff Ostrow *(pro hac vice)*
KOPELOWITZ OSTROW P.A.
1 West Las Olas. Blvd., Ste. 500

2

Fort Lauderdale, FL 33301
Telephone: 954.332.4200
ostrow@kolawyers.com

Raina Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: 872.263.1100
raina@straussborrelli.com

*Interim Co-Lead Counsel for Plaintiffs and the Putative Class*

4913-7952-4679, v. 1