# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| IN RE GREYLOCK MCKINNON ASSOCIATES DATA SECURITY INCIDENT LITIGATION | C.A. No. 1:24-CV-10797-DJC |

## JOINT MOTION TO HOLD FINAL APPROVAL HEARING REMOTELY

Plaintiffs and Defendant Greylock McKinnon Associates, Inc. ("GMA") jointly move this Court to modify the final approval hearing on July 9, 2025, to be held remotely via Zoom videoconference rather than in person. As grounds for this Motion, the Parties respectfully state:

1. The Parties entered into the Settlement Agreement on January 29, 2025, and Plaintiffs filed their Motion for Preliminary Approval the same day. Doc. 46.

2. The Court granted the Motion for Preliminary Approval on January 31, 2025. Doc. 48. The Court set the final approval hearing for July 9, 2025, in Courtroom 11. Doc. 49.

3. This Court has discretion to allow counsel to appear remotely.

4. Class Counsel Raina Borrelli and Jeff Ostrow are based in Minneapolis, Minnesota, and Miami, Florida, respectively. Defendant's counsel is based in Hartford, Connecticut and Providence, Rhode Island. As such, the parties would incur additional expenses if their counsel is required to travel to Boston to appear in person. With respect to Class Counsel, those are costs that would be borne by the Settlement Class. To mitigate those expenses and promote efficiency, the parties respectfully request the Court allow the parties' counsel to appear remotely for the Hearing as permitted by the discretion of this Court.

5. There are no objections to the Settlement, and thus, to counsel's knowledge, no one other than counsel intends to appear for the Hearing. However, counsel will ensure that the Zoom

login information is posted to the Settlement Website so any members of the Settlement Class who wish to join are given that opportunity.

WHEREFORE, the parties respectfully request this Court issue an order permitting counsel for Plaintiffs and Defendants to appear remotely at the July 9, 2025 Final Approval Hearing.

Dated: June 16, 2025

*/s/ Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

*Counsel for Plaintiffs and Proposed Class*

Dated: June 16, 2025

*/s/ Wystan M. Ackerman*
Wystan M. Ackerman (BBO #651086)
Kevin P. Daly (BBO #675644)
**ROBINSON & COLE LLP**
One State Street
Hartford, CT 06103
Tel: (860) 275-8200
Fax: (860) 275-8299
wackerman@rc.com
kdaly@rc.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 16th day of June, 2025.

                                    STRAUSS BORRELLI PLLC

                                    By: */s/ Raina C. Borrelli*
                                            Raina C. Borrelli
                                            raina@straussborrelli.com
                                            STRAUSS BORRELLI PLLC
                                            One Magnificent Mile
                                            980 N Michigan Avenue, Suite 1610
                                            Chicago IL, 60611
                                            Telephone: (872) 263-1100
                                            Facsimile: (872) 263-1109