UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE GREYLOCK MCKINNON ASSOCIATES DATA SECURITY INCIDENT LITIGATION | C.A. No. 1:24-CV-10797-DJC |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO
HOLD FINAL APPROVAL HEARING REMOTELY**

WHEREAS, the Court previously granted preliminary approval of the class action settlement in this case and set the Final Approval Hearing for July 9, 2025, in Courtroom 11. Docs. 48, 49.

WHEREAS, the Parties have jointly requested that the Final Approval Hearing be held remotely via Zoom videoconference to conserve resources and minimize costs borne by the Settlement Class.

WHEREAS, the Court having considered the Joint Motion and the arguments of counsel and for good cause appearing, **HEREBY ORDER**S as follows:

The Final Approval Hearing on July 9, 2025, shall be held remotely via Zoom videoconference. The Court shall provide the link ahead of the hearing date, and counsel shall publish the link on the Settlement Website.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Denise J. Casper
United States District Judge