UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: GREYLOCK MCKINNON ASSOCIATES DATA SECURITY INCIDENT LITIGATION | CASE NO. 1:24-CV-10797 |

**SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ.
REGARDING IMPLEMENTATION AND ADEQUACY OF NOTICE PROGRAM**

I, Cameron R. Azari, Esq., hereby declare and state as follows:

1. My name is Cameron R. Azari, Esq. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a nationally recognized expert in the field of legal notice and have served as an expert in hundreds of federal and state cases involving class action notice plans.

3. I am a Senior Vice President of Epiq Class Action & Claims Solutions, Inc. ("Epiq") and the Managing Director of Epiq Legal Noticing (aka Hilsoft Notifications), a business unit of Epiq that specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.

4. The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of business at Epiq and Epiq Legal Noticing (hereinafter "Epiq").

**OVERVIEW**

5. This declaration provides updated settlement administration statistics following the successful implementation of the Settlement Notice Program ("Notice Program") and notices (the "Notice" or "Notices") for *In Re: Greylock McKinnon Associates Data Security Litigation*, Case No. 1:24-CV-10797-DJC, currently pending in the United States District Court for the District of Massachusetts. Previously, I executed my *Declaration of Cameron R. Azari, Esq. Regarding Implementation and Adequacy of Notice Program* ("Implementation Declaration") on May 23,

2025, which described the successful implementation of the Notice Program, detailed Epiq's class action notice experience, and attached Epiq's *curriculum vitae*. I also provided my educational and professional experience relating to class actions and my ability to render opinions on overall adequacy of notice plans.

*Individual Notice*

6.  As detailed in my Implementation Declaration, Epiq sent a double Postcard Notice with a detachable Claim Form ("Postcard Notice") to identified Damages Settlement Class members for whom an associated postal address was available. As of June 27, 2025, a Postcard Notice was delivered to 20,596 of the 20,829 unique, identified Damages Settlement Class members. This means the individual notice efforts reached approximately 98.8% of the identified Damages Settlement Class.

7.  The return address on the Postcard Notices was a post office box that Epiq maintains for this Settlement. The USPS automatically forwarded Postcard Notices with an available forwarding address order that has not expired ("Postal Forwards"). Postcard Notices returned as undeliverable were re-mailed to any new address available through USPS information, (for example, to the address provided by the USPS on returned mail pieces for which the automatic forwarding order had expired but was still within the time period in which the USPS returned the piece with the address indicated), or to better addresses that were found using a third-party address lookup service. Upon successfully locating better addresses, Postcard Notices were promptly remailed. As of June 27, 2025, Epiq has remailed 348 Postcard Notices.

*Settlement Website*

8.  The Settlement Website (www.GMADataSecuritySettlement.com) continues to be available 24 hours per day, 7 days per week. Relevant documents are posted on the Settlement Website, including the Settlement Agreement, Complaint, Answer to the Complaint, Preliminary Approval Order, Long Form Notice, Claim Form, and other case-related documents. In addition, the Settlement Website includes relevant dates, answers to frequently asked questions ("FAQs"), instructions for how Damages Settlement Class members could opt-out (request exclusion) from

or object to the Settlement prior to the deadlines, instructions for submitting a Claim Form, contact information for the Settlement Administrator, and how to obtain other case-related information. Damages Settlement Class Members were also able to submit an online Claim Form on the Settlement Website prior to the Claim Form Deadline. The Settlement Website address was prominently displayed in all notice documents. As of June 30, 2025, there have been 611 unique visitor sessions to the Settlement Website, and 1,703 web pages have been presented.

### *Toll-Free Telephone Number and Other Contact Information*

9. The toll-free telephone number (1-888-859-8494) continues to be available for the Settlement. Callers are able to hear an introductory message and have the option to learn more about the Settlement in the form of recorded answers to FAQs. This automated telephone system is available 24 hours per day, 7 days per week. The toll-free telephone number was prominently displayed in all notice documents. As of June 30, 2025, there have been 80 calls to the toll-free telephone number representing 261 minutes of use.

10. The postal mailing address established for the Settlement continues to be available to allow Settlement Class members the opportunity to request additional information or ask questions.

### *Requests for Exclusion and Objections*

11. The Opt-Out Period and Objection Period for the Settlement ended on June 9, 2025. As of June 30, 2025, Epiq has received no requests for exclusion. As of June 30, 2025, Epiq is aware of no objections to the Settlement.

### *Claim Submission & Distribution*

12. The Notices provided a detailed summary of the relevant information about the Settlement, including the Settlement Website address and how Damages Settlement Class Members were able to file a Claim Form online or by mail prior to the Claim Form Deadline. With any method of filing a Claim Form, Damages Settlement Class Members were given the option of receiving a digital payment or a traditional paper check.

13. The deadline for Damages Settlement Class Members to file a Claim Form was June 9, 2025. As of June 30, 2025, Epiq has received 780 Claim Forms (94 online and 686 paper).

As standard practice, Epiq is in the process of conducting a complete quality control review of Claim Forms received. There is a likelihood that after detailed review, the total number of Claim Forms received will change due to duplicate and denied Claim Forms.

I declare under penalty of perjury that the foregoing is true and correct. Executed July 1, 2025.

_____
Cameron R. Azari, Esq.

## **CERTIFICATE OF SERVICE**

      I, Raina C. Borrelli, hereby certify that on July 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 1st day of July, 2025.

                                      STRAUSS BORRELLI PLLC

                                      By:  */s/ Raina C. Borrelli*
                                               Raina C. Borrelli
                                               raina@straussborrelli.com
                                               STRAUSS BORRELLI PLLC
                                               One Magnificent Mile
                                               980 N Michigan Avenue, Suite 1610
                                               Chicago IL, 60611
                                               Telephone: (872) 263-1100
                                               Facsimile: (872) 263-1109